# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

HILBERT POSLEY,

                 Petitioner,

-vs-                                 Case No.  6:11-cv-1287-Orl-19DAB
                                   (Criminal Case No.:  6:02-cr-106-Orl-19DAB)

UNITED STATES OF AMERICA,

                 Respondent.

_____

## ORDER

       The Government has filed its response (Doc. No. 10) to Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, Or Correct Sentence, requesting that the Court deny the motion.  Petitioner is advised out of an abundance of caution that the denial of his motion at this stage would represent a final adjudication of this case which may foreclose subsequent litigation on the matter.  *See Griffith v. Wainwright*, 772 F.2d 822 (11th Cir. 1985).

       Accordingly, Petitioner shall have **FORTY-FIVE (45) DAYS** from the date of this order to file an opposition to the Government's response to his motion.  Thereafter, both the motion and the response to it will be taken under advisement by the Court, and an order will be entered without further notice.

**DONE AND ORDERED** at Orlando, Florida, this ___3rd____ day of November, 2011.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
 OrlP-2 11/2
Counsel of Record
Hilbert Posley